The People of the State of Illinois, Plaintiff-Appellee, *v.* Larry O. Chalmers, Defendant-Appellant.

(No. 59254;

First District (3rd Division)—October 17, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (John X. Breslin, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Mary Ellen Dienes, and Larry L. Thompson, Assistant State's Attorneys, of counsel), for the People.